# UNITED STATES DISTRICT COURT

# FOR THE WESTERN DISTRICT OF LOUISIANA

# SHREVEPORT DIVISION

| | |
|---|---|
| **JEREMY DEWAYNE FOSTER** | **CIVIL ACTION NO. 25-377-P** |
| **VERSUS** | **JUDGE DOUGHTY** |
| **JUDGE MICHAEL PITMAN** | **MAGISTRATE JUDGE HORNSBY** |

## JUDGMENT

For the reasons stated in the Report and Recommendation of the Magistrate Judge [Doc. No. 14] previously filed herein, and after an independent review of the record, including written objections filed by Plaintiff [Doc. No. 15], and determining that the findings are correct under the applicable law;

**IT IS ORDERED** that Plaintiff's civil rights complaint is **DISMISSED WITH PREJUDICE** as frivolous pursuant to 28 U.S.C. § 1915(e) and for failing to state a claim for which relief may be granted pursuant to Section 1983.

**IT IS FURTHER ORDERED** that Plaintiff's Writ of In Pais Estoppel by Mandatory Injunction of Immediate Release from the Department of Safety & Correction under 28 USC 1333 [Doc. No. 3] and Plaintiff's Memorandum Order for Forum Conveniens to 28 USCA 1330(B) and (A) for 42 USCA 1983 Suit [Doc. No. 12] are **DENIED**.

**THUS DONE AND SIGNED**, in Monroe, Louisiana, on this the 15th day of July 2025.

_____
**CHIEF JUDGE TERRY A. DOUGHTY**
**UNITED STATES DISTRICT COURT**